## ROE GARTEN v. STATE.

No. A-8748.   Jan. 25, 1935.
Rehearing Denied Jan. 13, 1936.
(54 Pac. [2d] 1068.)

Blanton, Curtis & Blanton, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

EDWARDS, J.   Plaintiff in error, hereinafter called defendant, was convicted in the district court of Garvin county of larceny of a domestic animal, and was sentenced to serve five years in the state penitentiary.

The record was filed in this court May 7, 1934; no brief in support of the appeal has been filed.

An examination discloses no fundamental error.   The evidence is sufficient to support the verdict of the jury.

The case is affirmed.

DAVENPORT, P. J., and DOYLE, J., concur.